# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  ___1/11/2022___

January 8, 2022

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 15D
New York, NY 10007

> **Re:**   **Karena Foods Inc., d/b/a Mughlai Indian Cuisine, et al.**
>         **Case 1:21-cv-09348-AT**

Dear Judge Torres:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Case Management Plan in this matter was currently due January 10, 2022.   However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 10 & D.E.11].   In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

GRANTED.  By **February 14, 2022**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge